1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIA WARNER,<br><br>     Plaintiff,<br><br>  v.<br><br>HBC U.S. HEALTH AND WELFARE PLAN,<br><br>     Defendant. | Case No.: 2:19-cv-09750-MWF-RAO<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-09750-MWF-RAO is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED:  December 18, 2020

MICHAEL W. FITZGERALD
United States District Judge